UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-320-1F(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | I N D I C T M E N T |
| ALFREDO GOMEZ-VELEZ | : | |

The Grand Jury charges that:

## COUNT ONE

On or about June 23, 2009, in the Eastern District of North Carolina, the defendant, ALFREDO GOMEZ-VELEZ, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, that is, a Ruger, Model P94, .40 caliber pistol, a Smith & Wesson, Model MP45, .45 caliber pistol, a Glock Model 23, .40 caliber pistol, a Glock Model 22, .40 caliber pistol, a Glock Model 17, 9mm pistol, a Glock Model 19, 9mm caliber pistol, a Glock Model 23, .40 caliber pistol, and a Glock, Model 26, 9mm caliber pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TWO

On or about June 23, 2009, in the Eastern District of North Carolina, the defendant, ALFREDO GOMEZ-VELEZ, knowingly deposited for mailing at the Post Office located at 2800 Raeford Road, in Fayetteville, North Carolina, and caused to be delivered by mail according to the direction thereon, or at any place to which it is

directed to be delivered by the person to whom it is addressed, firearms, which are non-mailable and not authorized to be mailed by rules and regulations of the Postal Service, in violation of Title 18, United States Code, Section 1715.

## COUNT THREE

On or about June 23, 2009, in the Eastern District of North Carolina, the defendant, ALFREDO GOMEZ-VELEZ, knowingly deposited for mailing at the Post Office located at 6927 Wade-Stedman Road, Wade, North Carolina, in Wade, North Carolina, and caused to be delivered by mail according to the direction thereon, or at any place to which it is directed to be delivered by the person to whom it is addressed, any firearms, which are non-mailable and not authorized to be mailed by rules and regulations of the Postal Service, in violation of Title 18, United States Code, Section 1715.

A TRUE BILL

FOREMAN

DATE: 11\4\2009

GEORGE E. B. HOLDING
United States Attorney

BY: *[signature]*
JANE J. JACKSON
Assistant United States Attorney

2